WILLIAM LOGAN, Respondent, Appellant, v. HERBERT J. CALLISTER, Appellant. NEW YORK & LONG ISLAND TRACTION COMPANY, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

HARRIET E. LYON, Respondent, v. ALEXANDER J. McALLISTER, Appellant.— Motion to dismiss appeal denied pursuant to the terms of the stipulation filed. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

CHARLES MILLER, Trustee in Bankruptcy of DAVID WEISSBUCH, Respondent, v. DAVID WEISSBUCH and Others, Appellants.— Motion for stay granted on condition that the case be perfected and argued at the May term, and that appellants file an undertaking in the sum of $1,000 within five days. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

STEFAN MUNICH, Appellant, v. PHILIP SOUTH, Respondent.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

EMMETT D. PAGE, Appellant, v. OSCAR E. KONKLE, Respondent.— Motion to dismiss appeal denied, it having been made to appear to this court that the costs involved in the former action have been paid into court, to the credit of the defendant in this action, pursuant to order of January 10, 1924. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

MILDRED REILLY, an Infant, by JOHN J. REILLY, Her Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable defendant to apply to the Court of Appeals. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

KATHARINE SEUBERT, Individually and as Executrix, etc., of DOROTHEA SEUBERT, Deceased, Plaintiff, v. NICHOLAS SEUBERT, Appellant, Impleaded with THERESA PHILLIPS, Respondent, and Others, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

JOSEPH SMITH, Appellant, v. J. SIMS BARTLEY, as Building Inspector of the City of Yonkers, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

MORGAN STRIEP, Respondent, v. WILLIAM A. MARTIN, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

GAILLARD T. BOAG, Respondent, v. JAMES N. THOMPSON and Others, Appellants, Impleaded with Another, Defendant.— Order reversed upon the law, with ten dollars costs and disbursements, and complaint unanimously dismissed, with costs, on authority of *Boag* v. *Thompson* (208 App. Div. 132). Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.